Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000033
20-MAR-2012
08:27 AM

NO. CAAP-12-0000033

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CRAIG T. FARRELL, Claimant-Appellant, v.
STAR PROTECTION AGENCY, LLC. and HAWAII EMPLOYERS' MUTUAL
INSURANCE COMPANY, Insurance Carriers-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEAL BOARD
(CASE NO. AB 2010-069 (2-05-11114))

ORDER DISMISSING APPEAL FOR NON-PAYMENT OF THE FILING FEE
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on January 18, 2012, Claimant-Appellant Craig T. Farrell (Appellant) filed a notice of appeal, but he did not pay the filing fee; (2) on February 23, 2012, the appellate clerk provided notice to Appellant that: (a) he did not pay the filing fee or move to proceed in forma pauperis; (b) he should submit

payment to the Office of the Clerk of the Supreme Court by March 4, 2012 and (c) failure to pay the filing fee would be called to the attention of the court for such action as the appellate court deems appropriate, including dismissal; and (3) Appellant did not respond to the notice or seek further relief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for non-payment of the filing fee.

DATED: Honolulu, Hawai'i, March 20, 2012.

Presiding Judge

Associate Judge

Associate Judge